Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
jonathan_kirshbaum@fd.org

*Attorney for Petitioner Charles Smith

# United States District Court
## District of Nevada

Charles Smith,

    Petitioner,

  v.

Brian Williams, *et al.*,

    Respondents.

Case No. 2:20-cv-01781-RFB-VCF

**Unopposed Motion for extension of time to file First Amended Petition**

**(First Request)**

**POINTS AND AUTHORITIES**

1. On January 11, 2021, this Court granted Smith's motion for appointment of counsel. ECF No. 7. On February 1, 2021, undersigned counsel filed his notice of appearance. ECF No. 11. On February 8, 2021, this Court issued a scheduling order directing Smith to file an amended petition within 45 days, making the current due date March 25, 2021. ECF No. 12.

2. Counsel for Smith requests a first extension of time of 61 days to file the amended petition to Tuesday, May 25, 2021. Counsel has begun working on the case. He has spoken with Mr. Smith on three separate occasions and has begun to review the record. However, counsel's workload and managerial responsibilities have prevented him from meeting the current deadline.

3. Over the past 45 days, counsel has had to prioritize drafting and reviewing two amended petitions in federal court, five cert. petitions in the United States Supreme Court, and two Nevada Supreme Court opening briefs. Counsel has also had to focus on preparing for an appearance before the Nevada Board of Pardons on March 22, 2021. Further complicating counsel's ability to finish the response by the current deadline has been the numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit. Primarily, a new attorney started with the unit in February, which has required a great deal of training and oversight. In addition, counsel has had to actively participate in developing the office's reopening plan.

4. For these reasons, counsel is requesting an additional 61 days to file the petition.

5. On March 24, 2021, counsel for respondents, Deputy Attorney General Sheryl Serreze, indicated by email respondents do not oppose this request with the understanding that the lack of objection is not to be considered a waiver or concession of any kind.

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Smith. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the amended petition no later than May 25, 2021.

Dated March 24, 2021.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ Jonathan M. Kirshbaum*
        Jonathan M. Kirshbaum
        Assistant Federal Public Defender


IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 26th day of March, 2021.

3