# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Charles Smith,<br><br>    Petitioner,<br><br>v.<br><br>William Hutchings, et al.,<br><br>    Respondents. | Case No.: 2:20-cv-01781-RFB-VCF<br><br>**Order** |

Having granted petitioner's motion to reopen this habeas corpus proceeding (ECF No. 19), the court establishes the following schedule to govern further litigation:

    1. **Amended Petition**. Petitioner shall have **30 days** from the date this order is entered within which to file an amended habeas petition if he wishes to do so.

    2. **Response to Petition**. Respondents shall have **60 days** following service of the amended petition (or the expiration of time for doing so) to file and serve an answer or other response to the petition.

    3. **Reply**. Petitioner shall have **45 days** following service of an answer by respondents to file a reply.

    4. **Briefing of Motion to Dismiss**. If respondents file a motion to dismiss, petitioner shall have **30 days** following service of the motion to file an opposition to the motion. Respondents shall thereafter have **30 days** following service of the opposition to the motion to file and serve a reply.

Dated: December 27, 2021

_____
U.S. District Judge Richard F. Boulware