Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
jonathan_kirshbaum@fd.org

*Attorney for Petitioner Charles Smith

# United States District Court
## District of Nevada

| | |
|---|---|
| Charles Smith, | Case No. 2:20-cv-01781-RFB-VCF |
| Petitioner, | |
| v. | **Unopposed Motion for extension of time to file Response to Motion to Dismiss** |
| William Hutchings, *et al.*, | |
| Respondents. | **(Second Request)** |

**POINTS AND AUTHORITIES**

On March 10, 2022, Smith filed his Amended Petition. ECF No. 23. On July 7, 2022, Respondents moved to dismiss. ECF No. 29. Smith's original deadline to file a response was August 7, 2022. Smith filed a first motion for an extension of time of 60 days to October 7, 2022, to file a response. The request was granted. ECF Nos. 31, 32.

Counsel for Smith requests a second extension of time of 60 days to December 6, 2022, to file the response to the motion to dismiss. To respond to the timeliness argument, counsel needs to conduct a small investigation, which includes a visit with Smith. Unfortunately, counsel was unable to visit Smith over the past 60 days. Counsel caught his first case of Covid at the end of August, which complicated his ability to work on the response and go on prison visits during three weeks in September.

Furthermore, counsel's workload and managerial responsibilities have prevented him from meeting the current deadline. Over the past 60 days, counsel has had to prioritize reviewing a Ninth Circuit brief, an application to file a second or successive petition, two amended petitions in federal court, three state court petitions, a response to a motion to dismiss in federal court. In addition, counsel had to travel to Carson City in late September for an appearance before the Pardons Board. Further complicating counsel's ability to work on the response are the numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit. This has included training three new attorneys who started at the end of August and the beginning of September. Counsel anticipates his various administrative and managerial responsibilities will continue over the next 60 days.

For these reasons, counsel is requesting an additional 60 days to December 6, 2022, to file the response.

On October 6, 2022, counsel for respondents, Deputy Attorney General Sheryl Serreze, indicated by email respondents do not oppose this request.

This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Smith. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the response no later than December 6, 2022.

Dated October 6, 2022

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jonathan M. Kirshbaum*
Jonathan M. Kirshbaum
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 9th day of October, 2022.