AARON D. FORD
  Attorney General
MATTHEW S. JOHNSON (Bar No. 12412)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1134
Fax: (775) 684-1108
msjohnson@ag.nv.gov
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SMITH | Case No. 2:20-cv-01781-RFB-VCF |
| Petitioner, | **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)** |
| vs. | |
| GABRIELA NAJERA, *et al.,* | |
| Respondents | |

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and MATTHEW S. JOHNSON, Deputy Attorney General, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and including Tuesday, June 6, 2023, in which to file and serve their reply in support of motion to dismiss.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure as well as the attached declaration of counsel and all other papers, documents, records, pleadings, and other materials on file herein. There has been one prior enlargement of Respondents' time to file said reply, and appointed counsel for the petitioner has indicated there is no objection to the request. This motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 3rd day of April, 2023.

AARON D. FORD
Attorney General

By: /s/ Matthew S. Johnson
   MATTHEW S. JOHNSON (Bar. No. 12412)
   Deputy Attorney General

1

AARON D. FORD
  Attorney General
MATTHEW S. JOHNSON (Bar No. 12412)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1134
Fax: (775) 684-1108
msjohnson@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SMITH | Case No. 2:20-cv-01781-RFB-VCF |
| Petitioner, | **DECLARATION OF COUNSEL** |
| vs. | |
| GABRIELA NAJERA, *et al.,* | |
| Respondents | |

I, Matthew S. Johnson, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.      I am a Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      My response in this matter is presently due on April 7, 2023. I respectfully request a 60-day extension to complete my response.

3.      I took over this case from a Deputy Attorney General who is no longer with our office. I am currently working on responses to pleadings for a number of other federal habeas petitions and just finished a Ninth Circuit opening brief.

4.      The Post-Conviction Division of the Nevada Attorney General's Office is presently staffed by 10 full-time post-conviction attorneys, two attorneys who primarily work for other divisions, and one legal researcher who is shared with other divisions. Among other duties, the attorneys in the Post-Conviction Division respond to all federal habeas cases (in the district court and appeal), all state

habeas cases involving time-computation issues (in state district court and appeal), all extradition and rendition matters, all wrongful conviction compensation cases, and all appeals and post-conviction cases arising from Attorney General criminal prosecutions.

      5.     For the foregoing reasons, I respectfully request that this Court grant this request to extend the time for responding in this matter to June 6, 2023.

      6.     I contacted counsel for the petitioner and they have no objection to this request.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By: /s/ Matthew S. Johnson
MATTHEW S. JOHNSON (Bar. No. 12412)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of April, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 3rd day of April, 2023, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)** by U.S. District Court CM/ECF electronic filing to:

Jonathan Kirshbaum
Alicia R. Intriago
Assistant Federal Public Defenders
411 E. Bonneville Ave Ste 250
Las Vegas, NV 89101
jonathan_kirshbaum@fd.org
alicia_intriago@fd.org

/s/ April Markiewicz